**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   Nos. 188-90 EAL 2022

      Respondent              :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

          v.                       :

                                :

GERALD STOKES,                   :

                                :

      Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.